UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAUDE B. OAKLEY                                                                    PLAINTIFF
ADC #108541

V.                           No. 1:19CV00048-JM-JTR

JERRY L. HOWARD II, Sergeant,
North Central Unit, ADC, *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint is DISMISSED WITH PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE