UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAUDE B. OAKLEY                                                                                          PLAINTIFF
ADC #108541

V.                    No. 1:19CV00048-JM-JTR

JERRY L. HOWARD II, Sergeant,
North Central Unit, ADC, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

Dated this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE